1  Michael A. Slater, Esq. (SBN 318899)
   **THE SLATER LAW FIRM, APC**
2  251 South Lake Avenue, Suite 800
   Pasadena, California 91101
3  E-mail: mslater@theslaterlawfirmapc.com
   Tel: (818) 697-3051
4

5  Attorneys for Plaintiffs, MELANEY
   MITCHELL GOULD & MARK GOULD

6

7
                    UNITED STATES DISTRICT COURT
8
                   CENTRAL DISTRICT OF CALIFORNIA
9

10

| 11 | MELANEY MITCHELL GOULD, an individual; MARK GOULD, an individual; | Case No.: 2:21-cv-03845-HDV-KSx |
|----|---|---|
| 12 | | **NOTICE OF CONDITIONAL SETTLEMENT & JOINT REQUEST TO VACATE LITIGATION DEADLINES & EVENTS** |
| 13 | Plaintiffs, | |
| 14 | vs. | |
| 15 | CITY OF LOS ANGELES, a California public entity; MICHEL MOORE, an individual; SHANNON PAULSON, an individual; STEVEN HWANG, an individual; RICHARD JIMENEZ, an individual; CORY PALKA, an individual; BEN MCPHEETERS, an individual; and DOES 1 through 10, inclusive. | Complaint filed: May 6, 2021
Trial: November 19, 2024 |
| 20 | Defendants. | |

21
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE THAT the Parties reached a conditional settlement of all claims at the July 11, 2024 Settlement Conference with Chief U.S. Magistrate Judge Karen L. Stevenson. (*See* ECF No. 99.) The settlement is conditioned on the approval of the Los Angeles City Council and signature of the Mayor. If the settlement is approved, the Parties will file a stipulation for dismissal of the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41.

In light of the foregoing, the Parties jointly request that the Court vacate all pending case deadlines and events, including trial. The Parties further jointly request that this Court retain jurisdiction over this matter until after the settlement is approved and the Parties have filed a stipulation for dismissal of the entire action with prejudice. It is anticipated by the Parties that, within 60 days, the settlement will have been approved, and a dismissal with prejudice will have been filed accordingly. If the settlement is not approved, the Parties shall promptly advise the Court and request new pre-trial and trial dates.

Dated: July 12, 2024              **THE SLATER LAW FIRM, APC**

By: */s/ Michael A. Slater*
MICHAEL A. SLATER
Counsel for Plaintiffs,
Melaney Mitchell Gould & Mark Gould

Dated: July 12, 2024              **BURKE, WILLIAMS & SORENSEN LLP**

By: */s/ Lisa W. Lee*
LISA W. LEE
Counsel for Defendants,
City of Los Angeles, Michel Moore,
Shannon Paulson, Steven Hwang, Richard
Jimenez and Ben McPheeters

Dated: July 12, 2024          **REILY & JEFFERY, INC.**

By: */s/ Janine K. Jeffery*
JANINE K. JEFFERY
Counsel for Defendant,
Cory Palka

### ATTESTATION OF CONCURENCE IN FILING

In accordance with Civil Local Rule 5-4.3.4 of the United States District Court for the Central District of California, I, Michael A. Slater, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 12, 2024          */s/ Michael A. Slater*
                              Michael A. Slater